# US9092428 B1 Claim chart
## vs
# Harbor Freight Tools

# U.S. Patent No. US9092428

Inventor: Guangsheng Zhang

Current Assignee: LINFO IP LLC

Worldwide applications

2014 US

Application US14/225,422 events

2013-03-25 Priority to US201361805141P

2013-04-09 Priority to US201361809893P

2014-03-25 Application filed by Guangsheng Zhang

2014-03-25 Priority to US14/225,422

2016-08-30 Application granted

2016-08-30 Publication of US9430131B1

2021-08-09 Assigned to LINFO IP LLC

2021-09-09 First worldwide family litigation filed

Status Active

2034-10-31 Adjusted expiration

# Related Products

- The following chart is based on Harbor Freight Tools 's web site.



# US 9092428: Claims 1

1. A computer-assisted method for discovering information in a text content and extracting and presenting the information, comprising:

obtaining, by a computer system, a text content comprising one or more words or phrases or sentences, each being a term or an instance of a term;

selecting a first semantic attribute and a second semantic attribute for users to select from, wherein the first semantic attribute or the second semantic attribute includes an attribute type or attribute value;

wherein the first semantic attribute is associated with a first name or description, and the second semantic attribute is associated with a second name or description;

identifying a words or phrases in the text content associated with the first semantic attribute or the second semantic attribute;

displaying an actionable user interface object, wherein the actionable user interface object is associated with a label representing the first name or description or the second name or description;

allowing the user to select the first name or description or the second name or description as a user-specified or user-desired attribute;

and performing, by the computer system, an action on the word or phrase associated with the user-specified or user-desired semantic attribute, wherein the action includes at least extracting, displaying, storing, showing or hiding, or highlighting or un-highlighting the word or phrase.

# US9092428: Claim 1

| | |
|---|---|
| 1. A computer-assisted method for discovering information in a text content and extracting and presenting the information, comprising: | For Example:  Harbor Freight Tools 's web site has an **interactive product review section** that allows customers to **filter reviews**. |

## CUSTOMER REVIEWS





# US9092428: Claim 1

obtaining, by a computer system, a text content comprising one or more words or phrases or sentences, each being a term or an instance of a term;

For Example:  The customer inputs "good tool" in the review search section.   Harbor Freight Tools 's computer system will receive these terms "good tool".



https://www.harborfreight.com/power-tools/drills-drivers/20v-cordless-12-in-drilldriver-kit-63531.html

# US9092428: Claim 1

selecting a first semantic attribute and a second semantic attribute for users to select from, wherein the first semantic attribute or the second semantic attribute includes an attribute type or attribute value;

For Example: the customer can select a first semantic attribute (5 * with 3700 reviews) and a second semantic attribute (1 * with 94 reviews). The first semantic attribute has an attribute type (5 stars) or an attribute value (3700 reviews).



https://www.harborfreight.com/power-tools/drills-drivers/20v-cordless-12-in-drilldriver-kit-63531.html

# US9092428: Claim 1

wherein the first semantic attribute is associated with a first name or description, and the second semantic attribute is associated with a second name or description;

For Example: the **first semantic attribute (5 stars with 4 reviews) is associated with a 5-star rated description "Good."**



# US9092428: Claim 1

wherein the first semantic attribute is associated with a first name or description, **and the second semantic attribute is associated with a second name or description;**

For Example: the **second semantic attribute (1* with 94 review) is associated with a 1-star rated description "Poor performance"**



https://www.harborfreight.com/power-tools/drills-drivers/20v-cordless-12-in-drilldriver-kit-63531.html

9

# US9092428: Claim 1

identifying a words or phrases in the text content associated with the first semantic attribute or the second semantic attribute;

For Example:  "**Good tool" is a word that can be identified within the first semantic attribute.**



# US9092428: Claim 1

displaying an actionable user interface object, wherein the actionable user interface object is associated with a label representing the first name or description or the second name or description;

For Example: **an actionable user interface object is displayed and is associated with a label (good tool) representing the first description (5\* description, "good tool").**



# US9092428: Claim 1

**allowing the user to select the first name or description** or the second name or description as a user-specified or user-desired attribute;

For Example:  **the user can select 5-star (first description) as a user specified attribute**.



# US9092428: Claim 1

**and performing, by the computer system, an action on the word or phrase associated with the user-specified or user-desired semantic attribute, wherein the action includes at least extracting, displaying,** storing, showing or hiding, or highlighting or un-highlighting the word or phrase.

For Example:  **when the customer types "easy" in the search window, the computer displays all of the reviews with "easy " in the descriptions of the 5* reviews.**

