IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **LINFO IP, LLC,**<br>　　　Plaintiff, | Civil Action No. 6:23-cv-00279-ADA |
| v. | |
| **HARBOR FREIGHT TOOLS USA, INC.,**<br>　　　Defendant | JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule 41 (a)(1)(A)(ii), the Plaintiff, Linfo IP, LLC, and Defendant, Harbor Freight Tools USA, Inc., hereby jointly stipulate the dismissal of this action for all of Plaintiff's claims and all of Defendant's counterclaims. The Parties further jointly stipulate and agree that the dismissal of Plaintiff's claims shall be WITH PREJUDICE, and Defendant's counterclaims WITHOUT PREJUDICE as to the asserted patent. The Parties further jointly stipulate and agree that each party shall bear its own costs, expenses and attorneys' fees.

Dated: May 22, 2024

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ William P. Ramey, III*

　　　　　　　　　　　　　　　　　　　　William P. Ramey, III
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24027643
　　　　　　　　　　　　　　　　　　　　**Ramey LLP**
　　　　　　　　　　　　　　　　　　　　5020 Montrose Blvd., Suite 800
　　　　　　　　　　　　　　　　　　　　Houston, Texas 77006
　　　　　　　　　　　　　　　　　　　　(713) 426-3923
　　　　　　　　　　　　　　　　　　　　wramey@rameyfirm.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Linfo IP, LLC*

        */s/ Melissa R. Smith*
David Yang (CA Bar No. 246132)
dyang@hycounsel.com
Matthew J. Hawkinson (CA Bar No.248216)
mhawkinson@hycounsel.com
HAWKINSON YANG LLP
8033 W. Sunset Blvd. #3300
Los Angeles, California 90067-2326
Telephone: (312) 634-0370

Melissa R. Smith
Texas Bar. No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Tel: 903-934-8450
Fax: 903-934-9257
melissa@gillamsmithlaw.com

**COUNSEL FOR DEFENDANT
SHOP LC GLOBAL, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that May 22, 2024, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system.

        */s/ William P. Ramey, III*
William P. Ramey, III

2